JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DORIAN KINJI, et al., | **Case No. 2:24-cv-01996-JLS-JC** |
|---|---|
| Plaintiffs, | |
| v. | **FINAL JUDGMENT** |
| SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a labor organization, and Delaware Corporation; DOES 1 through 20, inclusive, | |
| Defendants. | |

The Court, having granted Defendant Screen Actors Guild – American Federation of Television and Radio Artists' ("SAG-AFTRA") Motion to Dismiss (Mot., Doc. . 30; Order, Doc. 41), **NOW HEREBY ORDERS, ADJUDGES, AND DECREES** that Judgment is entered in favor of Defendant Screen Actors Guild – American Federation of Television and Radio Artists ("SAG-AFTRA") and against Plaintiffs Dorian Kinji et al., and ORDERS as follows:

1. Plaintiffs shall take nothing by way of their consolidated First Amended Complaint against Defendant;

2. Defendant, as the prevailing party in this action, may seek costs in accordance with C.D. Cal. L.R. 54 and Fed. R. Civ. P. 54(d).

DATED: July 25, 2024

```
                                    _____
                                    HON. JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE
```